FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00489-CR

The **STATE** of Texas,
Appellant

v.

Ruben **ELIZONDO**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 657461
Honorable Melissa Vara, Judge Presiding

# O R D E R

On December 9, 2021, we ordered the State to show cause in writing why this appeal should not be dismissed for want of jurisdiction.

The State's timely response demonstrates that this court has jurisdiction in this appeal. *See Garcia v. Dial*, 596 S.W.2d 524, 528 (Tex. Crim. App. [Panel Op.] 1980). Our December 9, 2021 show cause order is satisfied.

Our November 30, 2021 order, including the directives for the trial court to conduct a hearing and make and file findings of fact and conclusions of law, remains pending.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2021.

MICHAEL A. CRUZ, Clerk of Court